# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 17-12989 |
| | ) | |
| PINKNEY, DARNELL L. | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge: ARTHUR I. HARRIS |
| | ) | |

## TRANSMITTAL OF UNCLAIMED FUNDS

RICHARD A. BAUMGART, trustee of the estate, reports the following.

1. Ninety days have passed since final distribution was made on this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

    Darnell L. Pinkney            $2,344.00
    3982 Strandhill Road
    Cleveland, OH 44128

2. Your Trustee's check for $2,344.00 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

Date: June 16, 2020

/s/ Richard A. Baumgart
Richard A. Baumgart
55 Public Square, 21st Floor
Cleveland, OH 44113-1902
Phone: (216)696-6000
Fax: (216) 696-3338
Email: rbaumgart@dsb-law.com