United States Bankruptcy Court
Northern District of Ohio

In re:  Case No. 17-12989-aih
Darnell L. Pinkney  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1     User: ejone     Page 1 of 1
Date Rcvd: Jun 01, 2022     Form ID: 140     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cl | + | Aspen Discovery LLC Assignee to Darnell L. Pinkney, 18 Grandview Dr, Wayne, NJ 07470-4115 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| D. Anthony Sottile | on behalf of Creditor Bridgecrest Credit Company LLC bankruptcy@sottileandbarile.com |
| Richard A. Baumgart | on behalf of Plaintiff Richard Baumgart rbaumgart@dsb-law.com |
| Richard A. Baumgart | on behalf of Trustee Richard A. Baumgart rbaumgart@dsb-law.com |
| Richard A. Baumgart | baumgart_trustee@dsb-law.com rbaumgart@ecf.axosfs.com |
| Walter V. Landow | on behalf of Debtor Darnell L. Pinkney landowlaw@att.net wlandow24@yahoo.com |

TOTAL: 5

# United States Bankruptcy Court
## Northern District Of Ohio
### Notice of Filing Deficiency

**To:** Aspen Discovery LLC  **Case Number:** 17−12989−aih

**Debtor(s):** Darnell L. Pinkney  **Judge:** ARTHUR I HARRIS

**The items marked below are deficient and must be corrected by 6/13/2022, or this matter may be referred to the Judge for further consideration.**

☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.

☐ Affidavit needs: ☐ notary seal/stamp/commission expiration ☐ signature ☐ county/state

☐ Attachments/Exhibits: ☐ not filed ☐ incorrect or not relevant to filing

☐ Attorney name block is missing, or does not include attorney's full name, firm, address, telephone number, and attorney registration number.

☐ Case: ☐ closed ☐ dismissed ☐ transferred

☐ Certificate of Service indicating name, address of parties served, and the date of service was not filed.

☐ Certificate of Service − Chapter 13 Plan: Debtor failed to comply with Bankruptcy Rule 3012(b) and Local General Order 17−1, providing the debtor must serve creditor in the manner provided for service of a summons and complaint under Bankruptcy Rule 7004, as well as provide a certificate of service "that includes the date and method of service and the identity by name and address of each entity served, consistent with Local Bankruptcy Rule 9013−3."

☐ Document: ☐ case# incorrect ☐ caption incorrect ☐ Judge incorrect

☐ ECF event used is incorrect. ☐ Resubmit the document using the correct code. See the ECF Search Menu.

☐ Employee income records and/or proof of no income received 60 days preceding case filing were not filed.

☐ Fee due in the amount of $ ☐ Fee deleted by the filer. Resubmit the pleading and pay the fee.

☐ Form B121 required.

☐ Hearing: ☐ notice not filed ☐ time, date, and/or location are incorrect

☐ Installment Application: ☐ dates incorrect ☐ fee incorrect ☐ exceeds 120 day limit

☐ Official Form B423 must be filed, or the case may be closed without the discharge order.

☐ Order Regarding:

☐ Petition: ☐ incorrect Official Form ☐ missing document(s):

☐ Petition for Unclaimed Funds does not comply with LBR 3011−1. Please reference the LBR for guidelines.

   ☐ Proof of deposit is not attached to the petition (e.g., copy of receipt and attached list of parties entitled to funds; unclaimed funds search web page; or other supporting documents).

☐ Exhibit A is not attached    ☐ Full Tax ID/Social Security Number is not attached to Exhibit A

☐ incorrect identification

☐ Signature Declaration missing.

☐ Signature must be:    ☐ original    ☐ /S/ signature for    ☐ attorney    ☐ debtor    ☐ creditor

☒ Other Deficient Matter(s): Section 10 (Service) does not indicate the date of service.

**Comments/Instructions**

**Deputy Clerk:** /s/Erick Jones    **Date:** June 1, 2022

**Form:** ohnb140