# United States Bankruptcy Court
## Northern District Of Ohio
### Notice of Filing Deficiency

**To:** Aspen Discovery LLC  **Case Number:** 17–12989–aih

**Debtor(s):** Darnell L. Pinkney  **Judge:** ARTHUR I HARRIS

**The items marked below are deficient and must be corrected by 7/1/2022, or this matter may be referred to the Judge for further consideration.**

☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.

☐ Affidavit needs: ☐ notary seal/stamp/commission expiration ☐ signature ☐ county/state

☐ Attachments/Exhibits: ☐ not filed ☐ incorrect or not relevant to filing

☐ Attorney name block is missing, or does not include attorney's full name, firm, address, telephone number, and attorney registration number.

☐ Case: ☐ closed ☐ dismissed ☐ transferred

☐ Certificate of Service indicating name, address of parties served, and the date of service was not filed.

☐ Certificate of Service – Chapter 13 Plan: Debtor failed to comply with Bankruptcy Rule 3012(b) and Local General Order 17–1, providing the debtor must serve creditor in the manner provided for service of a summons and complaint under Bankruptcy Rule 7004, as well as provide a certificate of service "that includes the date and method of service and the identity by name and address of each entity served, consistent with Local Bankruptcy Rule 9013–3."

☐ Document: ☐ case# incorrect ☐ caption incorrect ☐ Judge incorrect

☐ ECF event used is incorrect. ☐ Resubmit the document using the correct code. See the ECF Search Menu.

☐ Employee income records and/or proof of no income received 60 days preceding case filing were not filed.

☐ Fee due in the amount of $ ☐ Fee deleted by the filer. Resubmit the pleading and pay the fee.

☐ Form B121 required.

☐ Hearing: ☐ notice not filed ☐ time, date, and/or location are incorrect

☐ Installment Application: ☐ dates incorrect ☐ fee incorrect ☐ exceeds 120 day limit

☐ Official Form B423 must be filed, or the case may be closed without the discharge order.

☐ Order Regarding:

☐ Petition: ☐ incorrect Official Form ☐ missing document(s):

☐ Petition for Unclaimed Funds does not comply with LBR 3011–1. Please reference the LBR for guidelines.

  ☐ Proof of deposit is not attached to the petition (e.g., copy of receipt and attached list of parties entitled to funds; unclaimed funds search web page; or other supporting documents).

☐ Exhibit A is not attached ☐ Full Tax ID/Social Security Number is not attached to Exhibit A

☐ incorrect identification

☐ Signature Declaration missing.

☐ Signature must be: ☐ original ☐ /S/ signature for ☐ attorney ☐ debtor ☐ creditor

☒ Other Deficient Matter(s): See Comments/Instructions below

**Comments/Instructions**
The date in section 10 (Service) precedes the date of execution of the unclaimed funds petition.

**Deputy Clerk: /s/Erick Jones**    **Date:** June 24, 2022

**Form:** ohnb140