| | |
|---|---|
| In re: | Case No. 17-12989-aih |
| Darnell L. Pinkney | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-1 | User: tpaol | Page 1 of 2 |
| Date Rcvd: Jul 22, 2022 | Form ID: pdf849 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion09.cl.ecf@usdoj.gov | Jul 22 2022 20:51:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| D. Anthony Sottile | on behalf of Creditor Bridgecrest Credit Company LLC bankruptcy@sottileandbarile.com |
| Richard A. Baumgart | on behalf of Plaintiff Richard Baumgart rbaumgart@dsb-law.com |
| Richard A. Baumgart | on behalf of Trustee Richard A. Baumgart rbaumgart@dsb-law.com |
| Richard A. Baumgart | baumgart_trustee@dsb-law.com rbaumgart@ecf.axosfs.com |
| Walter V. Landow | on behalf of Debtor Darnell L. Pinkney landowlaw@att.net wlandow24@yahoo.com |

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on July 19, 2022, which may be different from its entry on the record.

NDOH Unclaimed Funds Petition (06/12)

**IT IS SO ORDERED.**

**Dated: July 19, 2022**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: ) Case No. 17-12989
) Chapter 7
DARNELL L. PINKNEY ) Judge ARTHUR I. HARRIS
)
) PETITION FOR UNCLAIMED FUNDS
Debtors ) AND ORDER THEREON[1]

ASPEN DISCOVERY, LLC
ASSIGNEE TO DARNELL L. PINKNEY, the Petitioner, under penalty of perjury, declares that the following statements and information are true and correct:

1. *Identification of Claimant.* The Claimant's current name, address, and telephone number are:
   Name: ASPEN DISCOVERY LLC, ASSIGNEE TO DARNELL L. PINKNEY
   Address: 18 GRANDVIEW DR, WAYNE, NJ 07470
   Telephone Number: 973-464-3032

FILED 2022 MAY 16 AM 11:28

---

[1] For purposes of this Petition and the attached Exhibit A, the following terms apply:
- "Petitioner" means either the Claimant or the Authorized Representative, or an attorney at law representing the Claimant or Authorized Representative.
- "Claimant" means either (a) a party in the above-captioned case who was due to receive a distribution of funds from the estate of the Debtor, but which funds were instead deposited as unclaimed funds with the Court, or; (b) a person or entity that gained the rights of ownership of the original owner's claim.
- "Authorized Representative" means a person or entity given written authorization by the Claimant to file this Petition on behalf of the Claimant, or a person or entity serving as a duly authorized representative of the estate of a Claimant who is deceased. This includes but is not limited to an employee of the Claimant, a funds locator service, and an attorney-in-fact.

2. *Amount of Distribution.* The Claimant was due to receive a distribution from the estate of the Debtor in the above-captioned case in the amount of $ 2,344. The Claimant's Tax ID/Social Security Number and other required documentation are submitted separately with Exhibit A, and will be docketed as private docket events.

3. *Evidence of Funds Due.* The funds due Claimant were deposited with the Court pursuant to 11 U.S.C. § 347. As evidence thereof, the following document is appended to the Petition (check applicable box):

   [✓] a copy of the Unclaimed Funds Search web page;

   [ ] a copy of the court order depositing the funds into the Treasury/Registry as unclaimed;

   [ ] a copy of the receipt and attached list of parties entitled to the unclaimed funds;

   [ ] other supporting documentation (please describe): _____

4. *Legal Status of Petitioner.* The following checked statement applies:

   [ ] Petitioner is the Claimant.

   [ ] Petitioner is an attorney at law representing the Claimant.

   [ ] Petitioner is the Authorized Representative of the Claimant.

   [ ] Petitioner is an attorney at law representing the Authorized Representative of the Claimant.

   [X] The above subparagraphs do not apply, but Petitioner is entitled to payment of such monies because (state basis for claim):

   ASPEN DISCOVERY LLC IS THE SUCCESSOR CLAIMANT AND ASSIGNEE TO DARNELL L. PINKNEY

5. *Authorized Representative of Claimant.* If the Petitioner is the Authorized Representative of the Claimant, or an attorney at law representing the Authorized Representative of the Claimant, append to the Petition a notarized, original power of attorney signed by the Claimant on whose behalf the representative is acting.

2

6.  *Status of Successor Claimant.* If the current Claimant is not the original holder of the claim, the following requirements apply:

    (a)  *Successor Business.* If Claimant is a Successor Business Claimant, check this box ☑ and append to the Petition the following documents:
    - a notarized power of attorney signed by an officer of the successor business;
    - a statement of the signing officer's authority; and
    - documentation establishing chain of ownership from the Business Claimant.

    (b)  *Transferred Claim.* If Claimant is a Successor Claimant holding a transferred (assigned) claim, check this box ☐ and append to the Petition documentation evidencing the transfer of claim.

    (c)  *Decedent's Estate.* If the owner of record is deceased and the Claimant is the decedent's estate, check this box ☐ and append to the Petition certified copies of probate documents establishing the representative's right to act on behalf of the decedent's estate.

7.  *Verification of Claim.* Upon sufficient inquiry, and upon Petitioner's information and belief, this claim has not been previously paid, no other petitions or requests for payment are pending, and there are no other parties other than Claimant entitled to these funds.

8.  *False Statements.* Petitioner understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment, or both, may be imposed if Petitioner has knowingly and fraudulently made any false statements in this document.

9.  *Exhibit A.* Petitioner certifies that the required proofs of identification attached to Exhibit A are legitimate and proper.

10. *Service.* Petitioner has served a copy of the Petition for Unclaimed Funds and Order Thereon, Exhibit A, and all attached documents by regular U.S. Mail this ____ day of _____, _____ to the United States Attorney for the Northern District of Ohio, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113. The United States Attorney is allowed 14 days from the date of service to file an objection to payment of these funds.

WHEREFORE, pursuant to 11 U.S.C. § 347, 28 U.S.C. § 2042, and Local Bankruptcy Rule 3011-1, Petitioner requests that the Court issue an Order directing payment to the Claimant in the amount set forth in section 2, above, and that payment be forwarded to the Petitioner.

3

Under penalty of perjury, I, the Claimant, or the Authorized Representative of the Claimant, certify that:

1. The information contained herein is true and correct to the best of my knowledge, information, and belief;
2. The Tax ID/Social Security Number on Exhibit A is correct, and;
3. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to the backup withholding, and;
4. I am (a) an individual who is a U.S. citizen or U.S. resident alien, or (b) a partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

_____ 5/6/2022

(Corporate Seal, if applicable)   Signature of Claimant or Authorized Representative of Claimant   Date

State of New Jersey
County of Passaic

Before me on 5-6-2022 personally appeared the Claimant or the Authorized Representative of Claimant (insert name and title of signer) Howard Abraham

personally known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the within instrument, and acknowledged to me that (s)he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

(SEAL)

GERARD M. BEAMAN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 26, 2024

_Gerard M Beaman_
Notary Public

My commission expires on June 26, 2024

_____ N/A
Petitioner's Signature (Bar Number if Attorney)

18 Grandview Drive, Wayne, NJ 07470
Petitioner's Address

973-464-3032
Petitioner's Phone Number

IT IS SO ORDERED.
# # #

4



July 11, 2022

U.S. Bankruptcy Court, Northern District of Ohio
201 Superior Ave, Cleveland, OH 44114

    RE:    Darnell L. Pinkney – Ch 7, Case #17-12989
             Application for unclaimed funds
             Unclaimed funds - $2,344.00

Hello, my name is Howard Abraham and I am the owner of Aspen Discovery LLC in New Jersey, and I am the successor claimant for the above-mentioned matter. I am enclosing to you the following:

- Deficient paperwork as per letter.

I had spoken to Nikita who kindly let me know that I was able to send this paper alone. Please let me know if any additional documents are needed.

Best,

Howard Abraham
Aspen Discovery, LLC
howie@aspendiscoveryLLC.com

6. *Status of Successor Claimant.* If the current Claimant is not the original holder of the claim, the following requirements apply:

   (a) *Successor Business.* If Claimant is a Successor Business Claimant, check this box ☒ and append to the Petition the following documents:
   - a notarized power of attorney signed by an officer of the successor business;
   - a statement of the signing officer's authority; and
   - documentation establishing chain of ownership from the Business Claimant.

   (b) *Transferred Claim.* If Claimant is a Successor Claimant holding a transferred (assigned) claim, check this box ☐ and append to the Petition documentation evidencing the transfer of claim.

   (c) *Decedent's Estate.* If the owner of record is deceased and the Claimant is the decedent's estate, check this box ☐ and append to the Petition certified copies of probate documents establishing the representative's right to act on behalf of the decedent's estate.

7. *Verification of Claim.* Upon sufficient inquiry, and upon Petitioner's information and belief, this claim has not been previously paid, no other petitions or requests for payment are pending, and there are no other parties other than Claimant entitled to these funds.

8. *False Statements.* Petitioner understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment, or both, may be imposed if Petitioner has knowingly and fraudulently made any false statements in this document.

9. *Exhibit A.* Petitioner certifies that the required proofs of identification attached to Exhibit A are legitimate and proper.

10. *Service.* Petitioner has served a copy of the Petition for Unclaimed Funds and Order Thereon, Exhibit A, and all attached documents by regular U.S. Mail this 11 day of May, 2022 to the United States Attorney for the Northern District of Ohio, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113. The United States Attorney is allowed 14 days from the date of service to file an objection to payment of these funds.

WHEREFORE, pursuant to 11 U.S.C. § 347, 28 U.S.C. § 2042, and Local Bankruptcy Rule 3011-1, Petitioner requests that the Court issue an Order directing payment to the Claimant in the amount set forth in section 2, above, and that payment be forwarded to the Petitioner.

3